# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY B. BENSON,<br><br>　　　　　　Defendant. | NO. CR05-452-RSM<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 26, 2011. The United States was represented by Assistant United States Attorney Andrew Friedman, and the defendant by Walter Palmer.

The defendant had been charged and convicted of Count 1: Conspiracy to Commit Bank Fraud and to Misrepresent Social Security Numbers, in violation of 18 U.S.C. § 371; and Count 2: Bank Fraud, in violation of 18 U.S.C. § 1344. On or about September 8, 2006, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of 46 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and

| | |
|---|---|
| 1 | mental health programs, financial disclosure, $57,796.22 restitution, submit to search, |
| 2 | maintain single checking account, no new credit, and no identification in any other name. |
| 3 | In a Petition for Warrant or Summons, dated September 9, 2011, U.S. Probation Officer |
| 4 | Felix Calvillo, Jr. asserted the following violations by defendant of the conditions of his |
| 5 | supervised release: |

1. Obtaining a loan for the purchase of a 1990 Cadillac vehicle, on or about May 17, 2011, without the approval of the U.S. Probation Officer in violation of the special condition of supervision.
2. Failing to disclose all assets and liabilities to the probation office on or before June 6, 2011, in violation f the special condition of supervision.
3. Failing to submit a truthful and complete written report on or before June 6, 2011, in violation of standard condition #2.
4. Associating with Robert Lewis and Excalibur Scott both convicted felons, on or about June 21, 2011, in violation of standard condition #9.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation 4. Defendant denied alleged violations 1, 2 and 3, and requested that an evidentiary hearing be set on the same day as a disposition hearing before the Honorable Ricardo S. Martinez on the alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 4 and that the Court conduct an evidentiary/disposition hearing on alleged violations 1, 2 and 3. A disposition hearing on violation 4, and an evidentiary/disposition hearing on alleged violations 1, 2 and 3, has been set for November 10, 2011 at 9:30 a.m. before the Honorable Ricardo S. Martinez.

//

//

1    Pending a final determination by the Court, the defendant has been released, subject to
2    supervision.
3    DATED this 26th day of October, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:         Honorable Ricardo S. Martinez
       AUSA:                   Andrew Friedman
       Defendant's attorney:   Walter Palmer
       Probation officer:      Felix Calvillo, Jr.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3