UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

United States of America,

           Plaintiff,

vs.

           Case No. 2:05CR00452-4

Benson et al.,

           Defendants.

## [PROPOSED] ORDER FOR WITHDRAWAL OF UNCLAIMED FUNDS

Upon the application of Paul Standfield, on behalf of Oak Point Partners, LLC ("Applicant"), seeking payment of $40.45 representing funds previously unclaimed by Mervyn's, and it appearing from the application and supporting documentation that Applicant is entitled to the unclaimed funds, the Court now orders that the Clerk disburse $40.45, as well as any future restitution payments, to Applicant at the following address:

        Oak Point Partners, LLC
        P.O. Box 1033
        Northbrook, IL
        60065-1033

IT IS SO ORDERED.

Dated: Oct. 22, 2019

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE